# IN THE SUPREME COURT OF THE STATE OF NEVADA

BYRON ELROY CRUTCHER,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
and
E.K. MCDANIEL; AND JAMES
DUURENDA, DIRECTOR NEVADA
DEPARTMENT OF CORRECTIONS,
Real Parties in Interest.

No. 70725

FILED

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus challenging the decision of the Nevada Department of Corrections to not place petitioner in transitional housing. Petitioner complains that the district court erred in denying a petition for a writ of mandamus. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter because petitioner had an adequate remedy—an appeal from the district court's order. *See* NRS 34.160; NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 223, 88 P.3d 840, 841 (2004) ("[A]n appeal is generally an adequate legal remedy that

*16-28833*

precludes writ relief."); *Ashokan v. State, Dep't of Ins.*, 109 Nev. 662, 665, 856 P.2d 244, 246 (1993) (holding this court has jurisdiction over appeal from order denying extraordinary petitions). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Byron Elroy Crutcher
Attorney General/Carson City
Washoe District Court Clerk